UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **DR. DAVID SAUL MORA, *et al.*,** | § § § | |
| **Plaintiffs,** | § § | |
| V. | § § | CIVIL ACTION NO. 5:19-CV-107 |
| **LOWE'S COMPANIES, INC., *et al.*,** | § § § | |
| **Defendants.** | § | |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. (Dkt. No. 86). Parties in a civil suit may generally dismiss the suit without a court order upon the filing of a stipulation of dismissal "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). This general rule is subject to limitations in class action suits, shareholder derivative suits, and suits where the court has appointed a receiver. See Fed. R. Civ. P. 41(a)(1)(A).

From the face of the joint stipulation, it is unclear whether the parties intend to dismiss *all* claims between Plaintiffs and Defendants. On October 14, 2020, Plaintiffs filed their Second Amended Complaint which alleged several claims against Defendants. (Dkt. No. 41). On November 6, 2020, Defendants answered Plaintiffs' Second Amended Complaint and, in relevant part, also asserted statutory counterclaims for attorney's fees against Plaintiffs. (Dkt. Nos. 46 at 13–14, 48 at 15). Plaintiffs separately answered Defendants' counterclaims on November 25, 2020. (Dkt. Nos. 50, 51). However, the parties' Joint Stipulation of Dismissal with Prejudice merely states, "Plaintiffs now stipulate they desire to dismiss the present lawsuit *against the Defendants* with prejudice … ." ((Dkt. No. 86 at 1) (emphasis added)). The joint stipulation further states "Defendants are in agreement with the dismissal of the present lawsuit." (*Id.* at 2). The stipulation does not, however, address Defendants' counterclaims for attorney's fees against Plaintiffs. (*See id.* at 1–2).

Based on the foregoing, the Court **ORDERS** the parties to confer and file a joint advisory clarifying the nature of their Joint Stipulation of Dismissal with Prejudice, (Dkt.

No. 86), no later than **April 13, 2022 at 5:00 p.m.** The parties' joint advisory must address whether Defendants also intend to dismiss their counterclaims for attorney's fees against Plaintiffs. If Defendants' do intend to dismiss their counterclaims, the Court further **ORDERS** the parties to file an Amended Joint Stipulation of Dismissal which addresses *all* claims between the parties, including Defendants' counterclaims, no later than **April 13, 2022 at 5:00 p.m.**

It is so **ORDERED**.

**SIGNED** on April 8, 2022.

John A. Kazen
United States Magistrate Judge