Case 5:19-cv-00107   Document 89   Filed on 04/18/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 18, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| DR. DAVID SAUL MORA *et al.*, | § § § § § § § § § § § | |
| Plaintiffs, | | |
| VS. | | CIVIL ACTION NO. 5:19-CV-107 |
| LOWE'S COMPANIES, INC. *et al.*, | | |
| Defendants. | | |

# ADVISORY

Plaintiffs and Defendants Lowe's Companies, Inc. and Lowe's Home Centers, LLC ("Defendants") have filed a joint stipulation to dismiss all claims in the action, with prejudice (Dkt. No. 88). The Court previously ordered the parties to submit this corrected stipulation no later than April 13, 2022 (Dkt. No. 87). And yet, the parties filed a day late, with no explanation or leave from the Court (*see* Dkt. No. 88). The Court notes that it expects all parties to comply with every Court-ordered deadline. However, the Court accepts the stipulation.

Parties in a civil suit may generally dismiss the suit without a court order upon the filing of a stipulation of dismissal "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).[1] Dismissal under Rule 41(a)(1)(A) is subject to limitations in

---

[1] "In a multi-defendant suit, the plaintiff may single out a party for dismissal; in those cases only the dismissed defendant need sign the stipulation." *Nat'l City Golf Fin. v. Scott*, 899 F.3d 412, 415 n.3 (5th Cir. 2018). In this case, Third-Party Defendant Edward Munoz d/b/a Munoz Flooring ("Munoz") has also appeared, but all claims against Munoz were previously dismissed (Dkt. No. 79). Thus, all of this case's pending claims—those between Plaintiff and Defendants, the only remaining parties—were dismissed upon the filing of this stipulation, and the case may be closed in its entirety.

class action suits, shareholder derivative suits, and suits where the Court has appointed a receiver. Fed. R. Civ. P. 41(a)(1)(A). None of those limitations apply here. Thus, because the Stipulation is signed by all remaining parties, all of Plaintiff's claims against Defendants were dismissed with prejudice "automatically" upon the filing of the Stipulation. *Defense Distributed v. U.S. Dep't of State*, 947 F.3d 870, 873 (5th Cir. 2020) (citing *Nat'l City Golf Fin.*, 899 F.3d at 415–16 (5th Cir. 2018)).

All relief not previously granted is hereby **DENIED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SIGNED** April 18, 2022.

_____
Marina Garcia Marmolejo
United States District Judge